UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1209 XLB London Market, Ltd. and KOS Pharmaceuticals, Inc.

Plaintiff,

-v-

Specialized Transportation, Inc.

Defendant.

---

FILED
JUN 17 2008
USDC WP SDNY

Case No. 08 civ. _____

**Rule 7.1 Statement**

08 CIV. 5465
JUDGE PAULEY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

1209 XLB London Market, Ltd. and KOS Pharm., Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 06/06/08

_____
Signature of Attorney

Attorney Bar Code: DM3350

Form Rule7_1.pdf   SDNY Web 10/2007