AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

1209 XLB London Market, Ltd., and KOS
Pharmaceticals, Inc.

V.

Specialized Transportation, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 civ -

# 08 CIV. 5465

# JUDGE PAULEY

TO: (Name and address of Defendant)

Specialized Transportation, Inc.
5001 US Highway West,
Ft. Wayne, Indiana 46818

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave,
Suite 190 (north lobby)
Rye, New York 10580

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 7 2008

| CLERK    J. Michael McMahon CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                              Date                              *Signature of Server*

                                                      _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CASE NAME SPECIALIZED TRANSPORTATION INC          CASE NUMBER

## Affidavit of Service

| Served: | Date/ Time | Place: |
|---|---|---|
| SPECIALIZED TRANSPORTATION INC. | 7/16/2008 1:30 pm. | 5001 U.S. HIGHWAY WEST 30 |

**Served On:** SAID COMPANY REPRESENTATIVE "JAY" CAUCASIAN MALE, APPROX 45 Y.O. 250 lbs GLASSES, SALT + PEPPER HAIR.

**Manner of Service:** CORPORATE

| Served By: | TITLE |
|---|---|
| Kenneth E.Dudek | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  7/16/2008
DATE

SIGNATURE OF SERVER

Notary
My commission expires:

Address of Server: 1241 Nuttman Avenue
Fort Wayne,Indiana 46807