Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Specialized Transportation, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1209XLB LONDON MARKET, LTD. and KOS PHARMACEUTICALS, INC.<br><br>                    Plaintiffs,<br><br>         - against –<br><br>SPECIALIZED TRANSPORTATION, INC.<br><br>                    Defendant. | **ECF CASE**<br><br>**08 CV 5465**<br>**(Judge Pauley)**<br><br>**LOCAL RULE**<br>**7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SPECIALIZED TRANSPORTATION, INC., (a private non-governmental party) certifies that it has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Dated:  New York, New York
        August 5, 2008

By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466 (phone)
(212) 983-1229 (fax)

OF COUNSEL:

John Alden, Esq.
Law Offices of John L. Alden
One East Livingston Avenue
Columbus, Ohio 43215
(614) 221-1306 (phone)
(614) 221-3551 (fax)

Attorneys for Defendant
Specialized Transportation, Inc.

To: Thomas Eagan, Esq.
    Maloof Browne & Eagan, LLC
    511 Theodore Fremd Avenue
    Suite 190 (north lobby)
    Rye, New York 10580
    (914) 921-1200 (phone)

    Attorneys for Plaintiff

ST-2903.7.1 Statement

2