# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

August 18, 2008

**Via Federal Express**

Honorable William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007
Tel: (212) 805-6387

Re: *1209 XLB London Market, Ltd., and KOS Pharmaceuticals v. Specialized Transportation*
Docket No.:       08 Civ.5465
Our File No.:     0604.66

Dear Judge Pauley:

   We are attorneys for plaintiffs and refer to defendant's letter dated August 11, 2008 requesting a pre-motion conference on an intended jurisdiction/venue motion (and for which the Court has set a conference for August 29, 2008).

   I was away on vacation last week and just saw the letter (mailed on August 11) this morning. On consent of defendant, we respectfully request until August 22 to consider the arguments and submit a reply.

   We thank the Court for its consideration.

Respectfully submitted,

Thomas M. Eagan

TME/bm

cc: **via Facsimile**
Barry Gutterman, Esq.
Fax: (212) 983-1229

F:\WP-DOCS\0604.67\081808 TME Ltr to Pauley.doc

*[Handwritten:]* Application granted. The pre-motion conference is re-scheduled for September 11, 2008 at 11:15 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/22/08

*[Stamp:]* USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: / DATE FILED: 8/22/08