UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
1209 XLB LONDON MARKET, LTD.
et ano.,                                    :

        Plaintiffs,               :   08 Civ. 5465 (WHP)

      -against-                       :   SCHEDULING ORDER

SPECIALIZED TRANSPORTATION,                 :
INC. et ano.,
                                            :
        Defendants.
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a status conference, the following is established on consent of the parties:

(1)    The parties shall complete discovery by October 5, 2009, no further extensions will be granted;

(2)    The parties shall submit a Joint Pre-Trial Order in compliance with this Court's individual practices by November 30, 2009; and

(3)    This Court will hold a Final Pre-trial Conference on December 4, 2009, at 10:00 a.m.

Dated: September 23, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

David T. Maloof, Esq.
Thomas M. Eagan, Esq.
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
*Counsel for Plaintiffs*

Barry N. Gutterman, Esq.
Barry N Gutterman & Associates, P.C
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, NY 10165

George W. Wright, Esq.
George W. Wright & Associates, LLC
88 Pine Street, 7th Floor,
New York, New York 10005
*Counsel for Defendants*